**Opinion filed April 10, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00021-CV

_____

## MANUEL ARANA AND JOHANA ARANA, Appellants

## V.

## LARRY WADE TUCKER, SR, Appellee

**On Appeal from the 441st District Court**

**Midland County, Texas**

**Trial Court Cause No. CV61330**

## M E M O R A N D U M   O P I N I O N

Appellants, Manuel Arana and Johana Arana, filed a pro se notice of appeal from the trial court's judgment. When the appeal was docketed, the clerk of this court notified Appellants that the filing fee was due on or before February 3, 2025. Appellants did not pay the fee, nor did they file a docketing statement by February 4. *See* TEX. R. APP. P. 5, 32.1. On February 4, February 14, February 24, March 6, and March 14, we notified Appellants by letter that the fee and the docketing statement were overdue, extended Appellants' compliance dates, and

informed Appellants that the failure to comply with these requirements may result in dismissal of the appeal. *See* TEX. R. APP. P. 5, 42.3. On March 18, the trial court clerk's office filed a motion to extend time to file the clerk's record, stating that Appellants have not paid for the clerk's record, nor have they "submitted a request for preparation and/or written designation for the [clerk's] record." *See* TEX. R. APP. P. 34.5, 35.3(a)(2). We notified Appellants that the payment and designation are due for filing with the trial court clerk by March 28, 2025, and that this appeal may be dismissed for failure to comply. *See* TEX. R. APP. P. 37.3(b). On April 3, Johana Arana informed this court that Appellants no longer wish to pursue the appeal.

Because Appellants have failed to pay the required filing fee, failed to pay or make arrangements to pay for the preparation of the clerk's record, failed to comply with this court's directives, and notified this court that they no longer wish to pursue the appeal, we dismiss the appeal. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

W. STACY TROTTER

JUSTICE

April 10, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.